# Exhibit A

| **Exhibit A** ||
|---|---|
| **Title** | **Writing Credit** |
| A Kiss At Midnight | Written by: Anna Sandor |
| After the Fall | Written by: Wayne Lemon |
| Always and Forever | Written by: Riley Weston |
| Cabin, The | Teleplay by: Gary Goldstein<br>Story by: Dennis Pratt |
| Chasing a Dream aka Miles From Nowhere | Written by: Bryce Zabel & Jackie Zabel |
| Chasing Leprechauns | Written by: Rod Spence |
| Christmas Pageant, The | Written by: Mark Valenti |
| Class, The | Written by: Pamela Wallace |
| Cupid Inc. aka Cupid | Written by: Judd Parkin |
| Farewell Mr. Kringle | Written by: Robert Tate Miller |
| Fixing Pete | Written by: Larry Kase & Joel Ronkin |
| Flower Girl, The | Teleplay by: Marjorie Sweeney<br>Story by: Mark Lloyd Rappaport & Richard Schenkman |
| Healing Hands aka Working Miracles | Written by: Steven H. Berman |
| Honeymoon for One | Written by: Rick Suvalle |
| I Married Who? aka Always a Bride | Written by: Nina Weinman |
| Ice Dreams | Written by: James Bruner & Elizabeth Stevens |
| Ladies of the House | Written by: Karen Legasse Struck |
| Love Begins | Written by: Michael Moran |
| Love's Everlasting Courage aka Love's Resounding Courage | Written by: Kevin Bocarde |
| Meet My Mom aka Soldier Story | Written by: Pamela Wallace |
| Mending Fences aka A view From Here | Written by: Donald Martin & Mitchell Gabourie |
| Mystery Girl aka A Crush on You | Written by: Keith Merryman & David A. Newman |
| Nanny Express | Written by: Judith Heiman Kriegsman & Stephen Langford and Riley Weston |
| Notes from Dad aka Playing Father | Written by: Wayne Lemon |
| Oliver's Ghost | Written by: David Golden |
| Operation Cupcake | Written by: Neal Dobrofsky & Tippi Dobrofsky |
| Our First Christmas | Written by: Edithe Swensen |
| Puppy Love | Written by: Cynthia Riddle & Peter Hunziker |
| Relative Stranger | Written by: Eric Haywood |
| Santa Switch | Teleplay by: Rod Spence and Gregg Rossen & Brian Sawyer<br>Story by: Rod Spence |
| Second Chances | Written by Karen Lagasse & Jim Buck |
| Seven Year Hitch aka Common Law | Written by: Brian Sawyer & Gregg Rossen |

| **Exhibit A** ||
| **Title** | **Writing Credit** |
| Strawberry Summer | Teleplay by: Gary Goldstein and Jim Head<br>Story by: Jim Head |
| Thanksgiving House, The | Teleplay by: J.B. White<br>Story by: J.B. White & Jean Abounader |
| This Magic Moment | Written by: Gary Goldstein |
| Three Gifts aka Christmas Gift | Written by: Donald Martin & Mitchell Gabourie |
| Undercover Bridesmaid aka Bulletproof Bride | Written by: Gregg Rossen & Brian Sawyer |
| Wish List | Teleplay by: Gary Goldstein<br>Story by: Gary Goldstein & Dan L. Clark |
| Wishing Well, The | Written by: Steven H. Berman |